IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LAWRENCE SCHEIN,<br><br>Defendant. | Case No. CR-16-39-BLG-SPW<br><br>ORDER TO RESET REVOCATION HEARING |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Revocation Hearing presently set for Monday, December 18, 2023 at 2:30 p.m., is **VACATED** and **RESET** for **Monday, December 18, 2023** at **1:30 p.m., changing the time of the hearing only.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 18th day of December, 2023.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT COURT JUDGE